1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    RICKEY LOUIS ALFORD,                          Case No. 18-cv-05112-JST (PR)

8            Plaintiff,
                                                   **ORDER OF DISMISSAL**
9        v.

10   DIANE FIENSTEIN, et al.,

11           Defendants.

12

13           Plaintiff has failed to comply with the Court's order to (1) perfect his application to

14   proceed in forma pauperis ("IFP"), or (2) pay the filing fee of $400.00.  The IFP application is

15   incomplete because plaintiff failed to file a Certificate of Funds completed and signed by an

16   authorized prison officer, and a prison trust account statement detailing transactions for the last six

17   months.  Accordingly, the action is DISMISSED without prejudice for failure to respond to the

18   Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b).  Any

19   motion to reopen **must** contain the documents listed above or full payment for the filing fee.

20   Plaintiff's IFP application (ECF No. 2) is DENIED without prejudice.  The Clerk shall terminate

21   Docket No. 2, enter judgment, and close the file.

22           **IT IS SO ORDERED.**

23   Dated:  October 10, 2018

24                                                 _____
                                                   JON S. TIGAR
25                                                 United States District Judge

26
27
28

United States District Court
Northern District of California